IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No. 6:15-CR-72 |
| v. | § | Judge Schneider |
| | § | |
| PATRICK TERRY GILBERT | § | |

## NOTICE OF PLEA AGREEMENT

NOW COMES the United States, by and through the undersigned Assistant United States Attorney, and would show the Court that defendant, **Patrick Terry Gilbert**, and the government have entered into a plea agreement concerning the charges now pending before the Court.

        JOHN M. BALES
        UNITED STATES ATTORNEY

        */s/ L. Frank Coan, Jr.*
        L. Frank Coan, Jr.
        Assistant United States Attorney
        Bar No. 170966 (Georgia)
        110 N. College, Suite 700
        Tyler, Texas 75702
        (903) 590-1400
        (903) 590-1439 Fax
        frank.coan@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No. 6:15-CR-72 |
| v. | § | Judge Schneider |
| | § | |
| PATRICK TERRY GILBERT | § | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this pleading has been served on counsel for the defendant via the Court's CM/ECF system on this the 23rd day of May, 2016.

>*/s/ L. Frank Coan, Jr.*
> L. Frank Coan, Jr.